MR. SAMUEL SCOTT JONES #1459939
POLUNSKY UNIT
3872 F.M. 350 SOUTH
LIVINGSTON, TEXAS 77351


DATE: JUNE 2nd, 2015


COURT OF CRIMINAL APPEALS, CLERK
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711


RE: APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS, Tr.Ct.No. F-2006-
2128-E WHC 6, WR-71,560-09.


DEAR CLERK:

On, 3/6/2015, my application for writ of habeas corpus was received and presented to the Court. Over eighty (80) days have pass and I have not received a decision from the Court as of to date....
Please inform me of the status of my application.

Thank you for your time and consideration...I look forward to receiving a response from your office soon.


RESPECTFULLY, MR. JONES




RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 1

Abel Acosta, Clerk